**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Jeremy Washington (Y-33625), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 C 50440 |
| v. | ) | |
| | ) | Hon. Margaret J. Schneider |
| Sgt. Elmore, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

  Online records show that Plaintiff was paroled from Dixon Correctional Center on October 6, 2021. On November 3, 2021, Plaintiff submitted a notice of change of address [39], which is reflected on the docket. Plaintiff has been admonished that failure to participate in Court hearings and to prosecute his case may result in the dismissal of his case for want of prosecution [36]. Since then, Plaintiff has failed to appear for two telephonic status hearings [42] [44]. For these reasons, it is the Court's Report and Recommendation that this case be dismissed for want of prosecution. Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation must be filed by February 2, 2022. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff's last-known address, as reflected on the docket.

Date: 01/19/2022         ENTER:

                      *Margaret J. Schneider*
                     United States Magistrate Judge