IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jeremy Washington (Y-33625), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 C 50440 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| Sgt. Elmore, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    This Court has reviewed Magistrate Judge Schneider's January 19, 2022 Report and Recommendation to dismiss Plaintiff's case for want of prosecution. The Court adopts the Report and Recommendation [45] in its entirety. This case is dismissed without prejudice.

**STATEMENT**

    By order dated January 19, 2022, Magistrate Judge Schneider's recommended that Plaintiff's case be dismissed for want of prosecution. Plaintiff was given a deadline of February 2, 2022, to file objections. No objections have been filed.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). "The clear error standard means that the district court can overturn the magistrate judge's ruling only if the district court is left with the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co.*, 126 F.3d 926, 943 (7th Cir. 1997).

    No parties objected to the report and recommendation, and the Court finds no clear error in Magistrate Judge Schneider's recommendation. The Court therefore adopts Magistrate Judge Schneider's January 19, 2022 Report and Recommendation in its entirety. This case is dismissed without prejudice.

Date: February 10, 2022    By: _____
                                                    Iain D. Johnston
                                                    United States District Judge